| | | |
|---|---|---|
| **Criminal Case Cover Sheet** | | **U.S. District Court** |

**Place of Offense:**

City ____Hagåtña____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**06-00012**

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __X__ No

Defendant Name    __XUN BING MEI__

Alias Name    __Xue Bing Mei; Chiu Pung Ho__

Address    _____
           ____China____

Birthdate __1973__  SS# __None__  Sex __F__  Race __A__  Nationality __Chinese__

RECEIVED
MAR 22 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**U.S. Attorney Information:**

AUSA    __Rosetta L. San Nicolas__

**Interpreter:** ____ No __X__ Yes    List language and/or dialect: __Chinese - Mandarin__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1543 & 2a | False Use of Passport | 1 |
| Set 2 | 18 USC 1546 & 2 | Visa Fraud | 2 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _____    Signature of AUSA: _____