IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
MAR 22 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00012     DATE: March 22, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Court Reporter: Wanda M. Miles
Hearing Electronically Recorded: (RUN TIME: 3:39:11 - 3:51:32)

Law Clerk: Judith Hattori
Courtroom Deputy: Marilyn Alcon
CSO: J. Lizama/L. Ogo

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*A P P E A R A N C E S\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFT:** XUN BING MEI aka XUE BING MEI
         CHIU PUNG HO
( X ) PRESENT  ( X ) CUSTODY  (  ) BOND  (  ) P.R.

**ATTY:** ALEXANDER MODABER
( X ) PRESENT  (  ) RETAINED  ( X ) FPD  (  ) CJA APPOINTED

**U.S. ATTORNEY:** ROSETTA SAN NICOLAS

**AGENT:** BYRON FARLEY, INS

**U.S. PROBATION:** CARMEN O'MALLAN

**U.S. MARSHAL:** V. ROMAN/C. MARQUEZ

**INTERPRETER:** MIMI CLINARD     (  ) SWORN     **LANGUAGE:** Mandarin

**PROCEEDINGS:** INITIAL APPEARANCE re INDICTMENT and ARRAIGNMENT

(  ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: FEDERAL PUBLIC DEFENDER, ATTORNEY APPOINTED
(  ) DEFENDANT SWORN AND EXAMINED: AGE: ___  HIGH SCHOOL COMPLETED: 11 YEARS
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
(  ) REMOVAL/IDENTITY HEARING (  ) CONDUCTED (  ) WAIVED (  ) SET FOR: _____ at _____
(  ) WARRANT OF REMOVAL ISSUED
(  ) GOV'T SUMMARIZES THE EVIDENCE     (  ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
       OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANT WAIVES READING OF (  ) COMPLAINT  (  ) INFORMATION  ( X ) INDICTMENT
( X ) PLEA ENTERED: (  ) *GUILTY*  ( X ) *NOT GUILTY* - TO: TO ALL COUNTS IN THE INDICTMENT

( X ) TRIAL SET FOR: MAY 16, 2006 at 9:30 a.m.

(  ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR (  ) *PROCESSING* ( X ) *DETENTION*
(  ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
(  ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:** Defense counsel requested for defendant to be referred to as "Ms. Mei" because identity is an issue based on her nationality.  No objection - GRANTED.

The Court and parties adopted the Pretrial Services' recommendation for detention.


Courtroom Deputy: *mba*