**FILED**

DISTRICT COURT OF GUAM

MAR 2 2 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. **06-00012** |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **XUN BING MEI aka XUE BING MEI, aka CHIU PUNG HO,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 22nd day of March , 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM

# ORIGINAL