RECEIVED
MAR 22 2006
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
MAR 23 2006
MARY L.M. MORAN
CLERK OF COURT



# UNITED STATES DISTRICT COURT

District of _____ GUAM

UNITED STATES OF AMERICA

V.

XUN BING MEI aka XUE BING MEI
aka CHIU PUNG HO

**WARRANT FOR ARREST**

Case Number: CR-06-00012

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Xun Bing Mei aka Xue Bing Mei aka Chiu Pung Ho
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

18:1543 & 2 - FALSE USE OF PASSPORT (COUNT 1)

18:1546 & 2 - VISA FRAUD

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | /s/ Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 3/22/2006    Hagatna, Guam |
| Title of Issuing Officer | Date          Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

US Marshals Office, Hagatna Gu

| DATE RECEIVED 3/22/06 | NAME AND TITLE OF ARRESTING OFFICER Byron Farley ICE, SA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3/22/06 | | |

AO 442 (Rev. 10/03) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: