# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Xun Bing Mei aka Xue Bing Mei aka Chiu Pung Ho, <br><br> Defendant. | Case No. 1:06-cr-00012 <br><br><br><br> **AMENDED CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order, Trial Order and Order of Detention Pending Trial filed March 22, 2006,* on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *March 23, 2006* | *March 23, 2006* | *March 23, 2006* <br> *(Order of Detention only)* | *March 23, 2006* <br> *(Order of Detention only)* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order, Trial Order and Order of Detention Pending Trial filed March 22, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 23, 2006          /s/ Marilyn B. Alcon
                                             Deputy Clerk