IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


**FILED**
DISTRICT COURT OF GUAM
APR 13 2006
**MARY L.M. MORAN
CLERK OF COURT**

CASE NO. CR-06-00012     DATE: 04/13/2006

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
**Electronically Recorded - RUN TIME: 2:21:40 - 2:47:37**     CSO: J. McDonald

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: XUN BING MEI aka XUE BING MEI**     ATTY: **ALEXANDER MODABER**
     **aka CHIU PUNG HO**                  ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.

U.S. ATTORNEY: ROSETTA SAN NICOLAS     AGENT: DANNY CHO

U.S. PROBATION: JUDY OCAMPO / JOHN SAN NICOLAS     U.S. MARSHAL: S. LUJAN

INTERPRETER: FOO MEE CHUN CLINARD, Previously sworn     LANGUAGE: Mandarin

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROCEEDINGS:   CHANGE OF PLEA**

( X ) DEFENDANT SWORN AND EXAMINED: AGE: __32__   HIGH SCHOOL COMPLETED: __11 Years__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
        OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(  ) DEFENDANT WAIVES READING OF ( ) COMPLAINT   ( ) INFORMATION   ( ) INDICTMENT
( X ) PLEA ENTERED:   ( X ) *GUILTY*   ( ) *NOT GUILTY* - TO: __COUNT I - FALSE USE OF A PASSPORT__
(  ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
(  ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
(  ) COURT ORDERS PLEA AGREEMENT *SEALED*
(  ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __AUGUST 1, 2006__ at __10:30 A.M.__
( X ) PRESENTENCE REPORT ORDERED AND DUE TO PARTIES: __JUNE 6, 2006__     TO COURT: __JULY 7, 2006__

( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

**NOTES:   Pen and ink changes made to the plea agreement.  Defendant consented to enter her plea of
guilty before a U.S. Magistrate Judge.  Report and Recommendation executed by Court.**

Courtroom Deputy: _____