FILED
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00012 |
| Plaintiff. | ) ) ) | **CONSENT TO RULE 11 PLEA IN** |
| vs. | ) ) | **A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE** |
| XUN BING MEI,<br>a.k.a. XUE BING MEI<br>a.k.a. CHIU PUNG HO | ) ) ) ) | |
| Defendant. | ) ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///
///

**ORIGINAL**

sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED this __13__ day of April 2006.

*XUN BING MEI*
XUN BING MEI
a.k.a. XUE BING MEI a.k.a. CHIU PUNG HO
Defendant

ALEXANDER M. MODABER
Assistant Federal Public Defender
Attorney for Defendant

APPROVED:

ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney