FILED
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>XUN BING MEI,<br>a.k.a. XUE BING MEI<br>a.k.a. CHIU PUNG HO<br><br>    Defendant. | CRIMINAL CASE NO. 06-00012<br><br>**REPORT AND RECOMMENDATION<br>CONCERNING PLEAS OF GUILTY<br>IN A FELONY CASE** |

    The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to Count I of an Indictment charging her with False Use of a Passport, in violation of 18 U.S.C. § 1543. After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements

///
///
///
///
///

ORIGINAL

of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED this 13th day of April 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**