# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Xun Bing Mei, etc., <br><br> Defendant. | Case No. 1:06-cr-00012 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Consent to Rule 11 Plea in a Felony Case Before a U.S. Magistrate Judge and Report and Recommendation, filed April 13, 2006, on the dates indicated below:

| | |
|---|---|
| Office of the United States Attorney | Law Offices of Federal Public Defender |
| April 14, 2006 | April 17, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Consent to Rule 11 Plea in a Felony Case Before a U.S. Magistrate Judge and Report and Recommendation

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 17, 2006                                /s/ Renee M. Martinez
                                                                      Deputy Clerk