JOHN T. GORMAN
Federal Public Defender
District of Guam

JAMES McHUGH
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:(671) 472-7111
Facsimile:(671) 472-7120

Attorney for Defendant
XUN BING MEI

FILED
DISTRICT COURT OF GUAM
JUN -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 06-00012 |
| vs. | ) STIPULATION TO EXPEDITE<br>) SENTENCING HEARING |
| XUN BING MEI, | ) |

## STIPULATION TO EXPEDITE SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Sentencing Hearing currently set for August 1, 2006, be expedited and held during the week of June 12, 2006, at a date and time convenient to the court.

The parties request this new, expedited Sentencing Hearing date as the Presentence Investigation Report has been prepared and the parties are ready to proceed with the sentencing. Neither party has any objections to the Presentence Investigation Report. Counsel

for the defendant notified U.S. Probation Officer Christopher Duenas of the parties intention to request an expedited sentencing hearing and he has no objection to this request. It will be the joint recommendation of the parties that the defendant be sentenced to time served.

IT IS SO STIPULATED.

DATED: Mongmong, Guam, June 7, 2006.

ROSETTA L. SAN NICOLAS
Assistant U. S. Attorney

JAMES McHUGH
Attorney for Defendant
XUN BING MEI