JOHN T. GORMAN
Federal Public Defender
District of Guam

JAMES McHUGH
Assistant Federal Publid Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
XUN BING MEI



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-00012 |
| | ) | |
| Plaintiff, | ) | ORDER re STIPULATION TO EXPEDITE |
| | ) | SENTENCING HEARING DATE |
| vs. | ) | |
| | ) | |
| XUN BING MEI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Stipulation filed on June 7, 2006, is HEREBY APPROVED and So ORDERED.

The Sentencing Hearing is set for June 15, 2006, at 9:30 a .m.

DATED: Hagatna, Guam, __6-8-06__.

JOHN A. HOUSTON*
United States District Judge

---

*The Honorable John A. Houston, United States District Judge for the Southern District of California, by designation.