

**FILED**
DISTRICT COURT OF GUAM
JUN 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>XUN BING MEI,<br>a.k.a. XUE BING MEI<br>a.k.a. CHIU PUNG HO<br><br>    Defendant. | CRIMINAL CASE NO. 06-00012<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

    Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count I of an Indictment charging her with False Use of a Passport, in violation of 18 U.S.C. § 1543, is now Accepted and the Defendant is Adjudged Guilty of such offense.

    IT IS SO ORDERED.

    DATED this 15th day of June 2006.

                                                 JOHN A. HOUSTON*
                                               United States District Judge

---

    * The Honorable John A. Houston, United States District Judge for the Southern District of California, sitting by designation.