DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING



FILED
DISTRICT COURT OF GUAM

JUN 15 2006

MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-06-00012　　　　　　　　　DATE: June 15, 2006

HON. JOHN A. HOUSTON, Designated Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:33:32 - 9:41:56

Law Clerk: None Present
Courtroom Deputy: Leilani Toves Hernandez
CSO: F. Tenorio

****************** A P P E A R A N C E S ******************

**DEFT: XUN BING MEI aka XUE BING MEI aka CHIU PUNG HO**
( X ) PRESENT　( X ) CUSTODY　( ) BOND　( ) P.R.

**ATTY: JIM MCHUGH**
( X ) PRESENT　( ) RETAINED　( X ) FPD　( ) CJA APPOINTED

U.S. ATTORNEY: ROSETTA SAN NICOLAS

AGENT:

U.S. PROBATION: CARLEEN BORJA

U.S. MARSHAL: V. ROMAN / D. PUNZALAN

INTERPRETER: FOO MEE CHUN CLINARD

LANGUAGE: Mandarin

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS
　　Base offense level:　　　　　Total offense level: 6　　Criminal History Category: I

　　NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT

Defendant has been in custody since March 7th, has accepted responsibility, and agreed with the recommendation of the probation office.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Recommended a sentence of time served.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Government moved to Dismiss Count II - Granted.

| SENTENCE: | XUN BING MEI, ETC. | DEFENDANT: CR-06-00012 |
|---|---|---|

( X ) DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF TIME SERVED .

( X ) UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF 3 YEARS.

DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. PROBATION OFFICE AND SHALL INCLUDE THE FOLLOWING SPECIAL CONDITIONS:

1. DEFENDANT BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS PURSUANT TO 18 U.S.C. §3583(d), AND WITH THE ESTABLISHED PROCEDURES PROVIDED BY THE IMMIGRATION AND NATURALIZATION ACT UNDER 8 U.S.C. §1101. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF ORDERED DEPORTED, THE DEFENDANT SHALL REMAIN OUTSIDE AND SHALL NOT RE-ENTER THE UNITED STATES WITHOUT THE PERMISSION OF THE SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY. IF DEPORTED, SUPERVISION SHALL BE WAIVED.
IF DEPORTATION FAILS TO OCCUR AND THE DEFENDANT IS RELEASED PENDING FURTHER IMMIGRATION PROCEEDINGS, SHE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HER TERM OF SUPERVISED RELEASE.

2. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, AND LOCAL CRIMES.

3. DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

4. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICER.

5. DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

6. DEFENDANT SHALL SUBMIT TO ONE URINALYSIS WITHIN 15 DAYS OF RELEASE FROM CUSTODY AND TO TWO MORE URINALYSIS THEREAFTER.

7. DEFENDANT SHALL PERFORM 100 HOURS OF COMMUNITY SERVICE.

ALL FINES WERE WAIVED BY THE COURT. DEFENDANT WAS ORDERED TO PAY A SPECIAL ASSESSMENT FEE OF $100.00 IMMEDIATELY AFTER SENTENCING.

COURT STATED THE JUSTIFICATION OF THE SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HER APPEAL RIGHTS.

DEFENDANT WAS RELEASED TO THE CUSTODY OF THE U.S. MARSHALS SERVICE FOR PROCESSING.

Courtroom Deputy: ____