# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>    vs.<br><br>Xun Bing Mei,<br> aka Xue Bing Mei,<br> aka Chiu Pung Ho,<br><br>          Defendant. | Case No. 1:06-cr-00012<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing filed June 15, 2006*, on the dates indicated below:

*U.S. Attorney's Office*            *Federal Public Defender*
*June 16, 2006*                      *June 20, 2006*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Sentencing filed June 15, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 20, 2006                                /s/ Leilani R. Toves Hernandez
                                                                         Deputy Clerk