# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

        Plaintiff,

   vs.

Xun Bing Mei,
aka Xue Bing Mei,
aka Chiu Pung Ho,

        Defendant.

Case No. 1:06-cr-00012

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Judgment and the Notice of Entry of Order filed June 19, 2006,*** on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *June 19, 2006* | *June 20, 2006* | *June 19, 2006* | *June 20, 2006* |
| | | *(Judgment only)* | *(Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment and the Notice of Entry of Order filed June 19, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 20, 2006

                                 /s/ Leilani R. Toves Hernandez
                                  Deputy Clerk